# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

137612(31)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NATIONWIDE MUTUAL FIRE
INSURANCE  CO.,
    Plaintiff-Appellee,

v

               SC: 137612
               COA: 284903
               Oakland CC: 2004-061786-CZ

DAVID KERSH,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's January 27, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009                  

d0615                       Clerk